FILED
United States Court of Appeals
Tenth Circuit

June 23, 2016

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

COY-CE COLEMAN,

     Plaintiff - Appellant,

v.

CHRIS STEPHENS,

     Defendant - Appellee.

No. 16-6057
(D.C. No. 5:15-CV-01264-C)
(W.D. Okla.)

_____

ORDER AND JUDGMENT[*]
_____

Before **LUCERO**, **MURPHY**, and **MATHESON**, Circuit Judges.
_____

     Coy-Ce Coleman appeals the district court's dismissal of his complaint.

Exercising jurisdiction under 28 U.S.C. § 1291, we affirm.

     Coleman filed suit against Assistant United States Attorney Chris Stephens

seeking nearly $72 million in damages. He alleged that Stephens violated numerous

federal laws in prosecuting him for two counts of interstate stalking. Stephens filed a

motion to dismiss, raising various defenses including absolute prosecutorial

_____

     [*] After examining the briefs and appellate record, this panel has determined
unanimously that oral argument would not materially assist in the determination of
this appeal. See Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore
ordered submitted without oral argument. This order and judgment is not binding
precedent, except under the doctrines of law of the case, res judicata, and collateral
estoppel. It may be cited, however, for its persuasive value consistent with
Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

immunity.  The district court dismissed the complaint on that ground.  Coleman timely appeals.

Because Coleman's allegations against Stephens—to the extent that we can discern them—stem solely from Stephens' actions in prosecuting Coleman, we agree with the district court that Stephens is entitled to absolute prosecutorial immunity. See Imbler v. Pachtman, 424 U.S. 409, 431 (1976) ("[I]n initiating a prosecution and in presenting the State's case, the prosecutor is immune from a civil suit for damages . . . .").

The judgment of the district court is **AFFIRMED**.

Entered for the Court

Carlos F. Lucero
Circuit Judge